# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TYLER ROSS**                                                            **PLAINTIFF**

**v.**                          **Case No. 4:18-cv-00735-BSM**

**ALLOWEY AHMED**                                                     **DEFENDANT**

## <u>ORDER</u>

The parties have until February 8 to file a joint motion to dismiss.  If they fail to do so, the stay of deadlines, *see* Doc. No. 24, will be lifted.

IT IS SO ORDERED this 25th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE