IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLER ROSS**                                                        **PLAINTIFF**

**v.**                       **CASE NO. 4:18-CV-00735 BSM**

**ALLOWEY AHMED**                                   **DEFENDANT**

## ORDER

The parties' joint motion for approval of settlement agreement and dismissal with prejudice [Doc. No. 31] is granted. All other pending motions are denied as moot.

To approve a settlement in an FLSA case, the court must ensure that the parties are not negotiating around the FLSA's requirements and that the settlement agreement represents a fair and reasonable resolution of a bona fide dispute. *Cruthis v. Vision's*, case number 4:12-CV-00244-KGB, 2014 WL 4092325, at *1 (E.D. Ark. Aug. 19, 2014). The parties' proposed agreement and the entire record herein indicate the parties are not attempting to negotiate around the FLSA's requirements, and plaintiff's recovery is fair and reasonable and furthers the goals of the FLSA.

The settlement is therefore approved and this case is dismissed with prejudice. Moreover, jurisdiction is retained for thirty days to enforce the terms of the agreement, as necessary, to vacate this order and the accompanying judgment, and to reopen the case if it is satisfactorily shown that the agreement has not been completed and further litigation is needed.

IT IS SO ORDERED this 17th day of February, 2021.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE