IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLER ROSS**                                                                                     **PLAINTIFF**

**v.**                          **CASE NO. 4:18-CV-00735 BSM**

**ALLOWEY AHMED**                                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE